cc: Los Angeles County Superior Court, Pomona, 23PSCV01636

JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY IKOGHO,<br><br>  Plaintiff,<br><br>  v.<br><br>THE GEO GROUP, INC., and DOES 1-50,<br><br>  Defendants. | Case No. 2:23-cv-06270-KS<br><br>**ORDER GRANTING STIPULATION TO REMAND CASE BACK TO STATE COURT BASED ON AMOUNT IN CONTROVERSY** [PROPOSED]<br><br>[15] |

GOOD CAUSE having been found, based on the parties' Joint Stipulation that the amount in controversy is under the jurisdictional limit of $75,000, this action shall be immediately remanded back to State Court.

IT IS SO ORDERED.

DATED: 9/8/2023

*/s/ Gary Klausner*

Honorable ~~Karen L. Stevenson~~ R. Gary Klausner
United States ~~Magistrate~~ District Judge